JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT S. KAPLAN, | ) | Case No. CV 22-4164-JPR |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **J U D G M E N T** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) ) | |
| Defendant. | ) ) | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT (1) Plaintiff's request for an order awarding benefits is DENIED; (2) Plaintiff's request for an order remanding the case for further administrative proceedings is GRANTED; (3) the Acting Commissioner's request for an order affirming her final decision is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: August 29, 2023

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE