PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
4100 W Alameda Avenue 3RD Floor, Ste. 301
Burbank, CA 91505
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
ROBERT S. KAPLAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT S. KAPLAN<br><br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner, Social Security<br><br>　　　　Defendant. | Case No. 2:22-cv-04164-JPR<br><br>ORDER FOR AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. §§ 2412(d), 1920<br><br>Judge: Honorable Jean P. Rosenbluth |

Based upon the parties' Stipulation For An Award of Attorney Fees and Costs Pursuant To The Equal Access to Justice Act, 28 U.S.C. §§ 2412(d), 1920 (EAJA), IT IS ORDERED that attorney fees pursuant to 28 U.S.C. § 2412(d), in the amount of $6,700.00, and costs pursuant to 28 U.S.C. § 1920, in the amount of $400.00, be paid to Patricia L. McCabe, Counsel for Plaintiff, subject to the terms of the above-referenced Stipulation.

Date: November 21, 2023

_____
Jean P. Rosenbluth
United States Magistrate Judge